ALMA MORRIS, as Administratrix, etc., of MARY JAKEWAY, Deceased, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Order modified by adding the words "without prejudice to a renewal of the application" and as so modified unanimously affirmed, on the ground that the moving affidavits are defective.

FRANK MOUMBLO, as Administrator, etc., of MARGARET MOUMBLO, Deceased, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Order modified by adding the words "without prejudice to a renewal of the application" and as so modified unanimously affirmed, on the ground that the moving affidavits are defective.

Before STATE INDUSTRIAL BOARD, Respondent. CARL MILLER, Respondent, v. MAX SPITZER and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board to determine claimant's wage-earning capacity subsequent to May 31, 1925. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HELEN McEVOY, Respondent, v. WAREHOUSE TRUCKING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SOPHIA MANALAKOS and Another, Respondents, v. GEORGE SPYROPOLUS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

JOHN F. MACIEJEWSKI, Respondent, v. FRANK GUNSKI, Appellant.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. STANLEY NORMAN, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of the injury was given, and no finding having been made that the employer had knowledge of the accident, the failure to give notice has been improperly excused. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. BESSIE NEIDICH, Respondent, v. STORM WATERPROOFING CORPORATION and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the appellant, insurance carrier, was denied an opportunity to introduce evidence. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. PATRICK O'MALLEY, Respondent, v. R. H. MACY & COMPANY, INC., and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board. All concur.

SAMUEL W. PASS, Plaintiff, v. HALL DRAFT GEAR CORPORATION and Others, Defendants.— Motion denied, with ten dollars costs.

AMOS PLOUFE and Another, as Administrators, etc., of JOSEPH PLOUFE, Deceased, Appellants, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES PICKERELL, Respondent, v. A. C. SCHUMACHER and Another, Appellants.— Award modified by striking out the sum of $343, awarded to claimant with lien thereon to Dr. Crimmins in that sum, and as so modified unanimously affirmed, without costs.